UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARK W. POINTER,                )<br>                                             )<br>              Plaintiff,              )<br>    vs.                                    )    1:05-cv-1141-SEB-JMS<br>                                             )<br>MICHAEL J. ASTRUE, Commissioner )<br> of the Social Security Administration, )<br>                                             )<br>              Defendant.          ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Mark W. Pointer is not entitled to Disability Insurance Benefits is **AFFIRMED.**

Date:  05/29/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Jame S. Goldstein
jamegoldsteinlaw@aol.com